PAUL VAN DYKE, Appellant, *v.* MARY VAN DYKE, Respondent.

Argued February 27, 1953; decided April 16, 1953.

*David B. Alford* for appellant.

*Sharon J. Mauhs* for respondent.

Orders of the Appellate Division affirmed, without costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.